IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE OLLIE L. BRYANT, JR., Plaintiff. | Case No.: C 13-5357 KAW (PR)<br><br>ORDER GRANTING REQUEST FOR VOLUNTARY DISMISSAL |
|---|---|

On November 19, 2013, Ollie L. Bryant, Jr., a state prisoner incarcerated at San Quentin State Prison (SQSP), filed a letter informing the Court of conditions at SQSP. The Clerk of the Court construed the letter as Mr. Bryant's intention to file a civil rights action and, accordingly, opened the instant civil rights case.

On December 19, 2013, Mr. Bryant wrote a letter to the Court indicating that he did not wish to open a civil rights case, but submitted the letter to be filed in two pending civil rights cases and to be delivered to the Honorable Thelton Henderson. He requests that this case be closed and the filing fee be dismissed. The Court GRANTS Mr. Bryant's request to close the case and to have the filing fee dismissed.

The Clerk of the Court shall close this case. Because this case was opened in error, the Clerk of the Court shall not charge a filing fee.

This Order shall be sent to the Court's finance department.

IT IS SO ORDERED.

Dated: 1/3/14

KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE